# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0573

VERSUS

CLIFFORD HOWLE

**AUGUST 23, 2024**

---

In Re:     Clifford Howle, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-14-0550.

---

**BEFORE:     GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              JMG
                              AHP
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT